# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Daniel W. Goucher                                      Docket No. 5:09-M-1664-1

### Petition for Action on Probation

COMES NOW Audra V. Basaldu, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Daniel W. Goucher, who, upon an earlier plea of guilty to DWI-Level 5 in violation of 18 U.S.C. § 13 assimilating N.C.G.S. 20-138.1, was sentenced by the Honorable James E. Gates, U.S. Magistrate Judge, on September 15, 2009, to a 12-month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

2. The defendant shall obtain a substance abuse assessment from an appropriate mental health facility within thirty (30) days from the date of this judgment and complete any prescribed treatment program. The defendant must pay the assessment fee and any added treatment fees that may be charged by the facility.

3. It is further ordered that the defendant shall participate in any other Alcohol/Drug Rehabilitation and Education program as directed by the U.S. Probation Office.

4. The defendant shall surrender his North Carolina driver's license to the Clerk of this Court for mailing to the North Carolina Division of Motor Vehicles and not operate a motor vehicle on the highways of the State of North Carolina except in accordance with the terms and conditions of a limited driving privilege issued by the appropriate North Carolina Judicial Official.

On December 22, 2009, the court was advised that on November 17, 2009, Mr. Goucher was charged by the Fayetteville Police Department with Driving While License Revoked (09CR17594). It was recommended that supervision be continued and the case was subsequently dismissed in state court on January 13, 2010.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 27, 2010, Mr. Goucher was charged with Driving While License Revoked (10CR1050), in Chatham County, North Carolina. On June 10, 2010, the defendant pled guilty to the charge and was ordered to pay $130.00 court costs and a Prayer for Judgment was entered. Based on this conviction, it is recommended that Mr. Goucher serve 2 days in custody as a sanction for this violation. He signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Daniel W. Goucher
Docket No. 5:09-M-1664-1
Petition For Action
Page 2

      **PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert K. Britt | /s/ Audra V. Basaldu |
| Robert K. Britt | Audra V. Basaldu |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: June 16, 2010 |

**ORDER OF COURT**

Considered and ordered this 17th day of June, 2010, and ordered filed and made a part of the records in the above case.

James E. Gates
U.S. Magistrate Judge